# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Paulette Langford, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: |
| | : 1:13-cv-01065-WBH-AJB |
| P.N. Financial, Inc.; and DOES 1-10, inclusive, | : |
| Defendants. | : |

## PLAINTIFF PAULETTE LANGFORD'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and L.R. 41.1, Plaintiff Paulette Langford, through counsel, hereby withdraws the complaint and voluntarily dismisses this action without prejudice.

Dated: June 28, 2013

        Respectfully submitted,

        /s/  Cara Hergenroether, Esq.
        Georgia Bar No.: 570753
        Attorney for Plaintiff Paulette Langford
        LEMBERG & ASSOCIATES L.L.C.
        1400 Veterans Memorial Highway
        Suite 134, #150
        Mableton, GA 30126
        Telephone: (855) 301-2100 ext. 5516
        Facsimile:   (888) 953-6237
        Email:
        chergenroether@lemberglaw.com

        Counsel To:

        LEMBERG & ASSOCIATES L.L.C.
        1100 Summer Street, 3rd Floor
        Stamford, CT 06905
        Telephone: (203) 653-2250
        Facsimile: (203) 653-3424

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2013, a true and correct copy of the foregoing Notice Of Voluntary Dismissal Without Prejudice was filed with the Clerk of Court via the CM/ECF System and that the document is available on ECF system.

/s/ Cara Hergenroether
Georgia Bar No. 570753
Attorney for Plaintiffs

LEMBERG & ASSOCIATES L.L.C.
1400 Veterans Memorial Highway
Suite 134, #150
Mableton, GA 30126
Telephone: (855) 301-2100 ext. 5516
Email: chergenroether@lemberglaw.com

Counsel To:

LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424